COPY

County of Northampton
Department of Corrections

## OFFICE OF PROFESSIONAL RESPONSIBILTY

### Voluntary Written Statement

On 10/24/21 at approx. 9-10 AM Christopher Stevens would like to press charges against Mr. Joshua Raftery for attacking and striking me with his prison issue hard drinking cup. We woke up and ate breakfast and Me & Mr. Jimenez who is my Handicap Cellmate was trying to go back to sleep but Mr. Raftery was at the cell gate making loud and Disrespectful noises AND PICKING on ANGEL JIMENEZ the old man so I asked Joshua to please stop being disrespectful and thats when he got his cup and jumped on top of me when I was laying down facing the wall with the sheet over my head in my bunk and thats when he started hitting me in the head with the cup like 2-3 times I finally got turned around and got him off and he then proceeded to yell for C.O's who had him in hand cuffed before I could get to him. Mr. Raftery should never had been housed with Me or Mr. Angel Jimenez because He's a Maximum security Inmate and were minimum custody. Thank You.

Printed Name: Christopher Stevens
Signature: Christopher Stevens   Date: 10/25/21   Time: 1:00 pm
Witness: _____   Date: _____   Time: _____
(CONTINUE ON BACK IF NECESSARY)

rcvd 10/27/21 @ 0950
CUM  OPR

Form Number NCP-341
Revised: November 12, 2013

COPY

Mr. Raftrey struck me 2-3 times in the head and face causing a cut above the eye causing bodily harm-that needed a stitch.



Christopher Stevens #0018544
COUNTY OF NORTHAMPTON
**Northampton County Jail**
666 Walnut Street
Easton, Pennsylvania 18042

**INMATE MAIL** This correspondence is from a County Jail and the sender is an inmate. The contents have not been evaluated. Northampton County Jail is not responsible.

Clerk of Courts, EDPa
Edward N. Cahn U.S. Courthouse &
Federal Building
504 W. Hamilton St.
Allentown, Pa 18101

(Legal Mail)