# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER STEVENS,      : | |
|     Plaintiff,      : | |
| : | |
| v.      : | CIVIL ACTION NO. 21-CV-4941 |
| : | |
| NORTHAMPTON COUNTY      : | |
| PRISON, *et al.*,      : | |
|     Defendants.      : | |

## ORDER

AND NOW, this 11th day of April, 2022, in light of *pro se* Plaintiff Christopher Stevens's failure to file an amended complaint in accordance with this Court's Order entered on February 14, 2022 (ECF No. 6), which informed Stevens that failure to file an amended complaint would result in final dismissal of this case, it is **ORDERED** that:

    1.    Stevens's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  Stevens's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction without further leave to amend.

    2.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    3.    If Stevens did not intend to stand on his Complaint, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e), and attach his proposed amended complaint to that motion.

                                          **BY THE COURT:**

                                          **/s/ Harvey Bartle III**

                                          **HARVEY BARTLE III, J.**